# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| **PATRICK E. MCCANN** ) | **Case No. 18-12009-KHK** |
| ) | |
| **Debtor** ) | **Chapter 13** |

| | |
|---|---|
| **RESTON ASSOCIATION** ) | |
| ) | |
| **Movant** ) | |
| ) | |
| v. ) | |
| ) | |
| **PATRICK E. MCCANN** ) | |
| ) | |
| **Respondent** ) | |

## ORDER ALLOWING PROOF OF CLAIM #7

This matter having come on for consideration based upon the filing of a Motion to Allow Late Claim, and after a hearing on the merits held on November 29, 2018, and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY ORDERED that pursuant to Rule 3002(c)(6)(A) of the Federal Rules of Bankruptcy Procedure, Proof of Claim #7 filed by Reston Association (the "Association") on October 4, 2018 is allowed as timely filed.

Date: Dec 13 2018

/s/ Klinette Kindred
Hon. Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: Dec 14, 2018

I ask for this:

**/s/ Jeremy C. Huang**
Jeremy C. Huang, VSB No. 76861
CHADWICK WASHINGTON
MORIARTY ELMORE & BUNN, P.C.
3201 Jermantown Rd., Suite 600
Fairfax, VA 22030
TEL: 703-352-1900 / FAX: 703-352-5293
jhuang@chadwickwashington.com

SEEN AND NO OBJECTION:

**/s/ Thomas P. Gorman**
Thomas P. Gorman, VSB No. 26421
Chapter 13 Trustee
300 N. Washington St., Suite 400
(703) 836-2226

**Local Rule 9022-1(C) Certification**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

**/s/ Jeremy C. Huang**
Jeremy C. Huang

## PARTIES TO RECEIVE COPIES

Tommy Andrews, Jr.
Tommy Andrews, Jr. P.C.
122 North Alfred St.
Alexandria, VA 22314
Attorney for the Debtor(s)

Thomas Gorman
Chapter 13 Trustee
300 N. Washington, Suite 400
Alexandria, VA 22314

## END OF ORDER