**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>PATRICK E MCCANN<br><br>Debtor | Chapter 13<br><br>Case No. 18-12009-KHK |

### OBJECTION TO CONFIRMATION OF MODIFIED PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Modified Plan filed November 15, 2018. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6)** - Feasibility - This 100% Plan is underfunded as follows:

| PERFORMANCE: | | | |
|---|---|---:|---:|
| | Amount of Plan Payment | 5,184.00 | 1,250.00 |
| | Number of Months | Pd to Date | 55 |
| | | 5,184.00 | 68,750.00 |
| | **Total Receipts** | | 73,934.00 |
| | **Disbursements Required:** | | |
| | Attorney | 3,823.00 | |
| | Taxes-Other Priority | 0.00 | |
| | Secured | 61,075.22 | |
| | Unsecured | 9,618.41 | |
| | Other | 0.00 | |
| | Trustee | 7,451.66 | 10% |
| | **Total Disbursement** | | 81,968.29 |

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**Notice of Objection To Confirmation**
Patrick E Mccann, Case # 18-12009-KHK

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

***Attend the hearing to be held on January 3, 2019 at 9:30 a.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
300 North Washington Street, Ste, 400
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _December 19, 2018_____          __/s/Thomas P. Gorman _____
                                       Thomas P. Gorman
                                       Chapter 13 Trustee
                                       300 N. Washington Street, #400
                                       Alexandria, VA 22314
                                       (703) 836-2226
                                       VSB 26421

**Notice of Objection To Confirmation**
Patrick E Mccann, Case # 18-12009-KHK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 19th day of December, 2018, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Patrick E Mccann | Tommy Andrews, Jr., Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 2226 Gunsmith Sq | 122 N. Alfred St. |
| Reston, VA 20191 | Alexandria, VA 22314 |

                                            __/s/ Thomas P. Gorman_____
                                            Thomas P. Gorman