**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>PATRICK E MCCANN<br><br><br>Debtor | Chapter 13<br><br>Case No. 18-12009-KHK |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

> **Pursuant to 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

> **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

> If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

>> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Patrick E McCann, Case #18-12009-KHK

***Attend the hearing to be held on July 18, 2019 at 9:30 a.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste.400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _June 17, 2019_____     __/s/ Thomas P. Gorman_____
                              Thomas P. Gorman
                              Chapter 13 Trustee
                              300 N. Washington Street, #400
                              Alexandria, VA 22314
                              (703) 836-2226
                              VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of June, 2019, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Patrick E McCann | Tommy Andrews, Jr., Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 2226 Gunsmith Sq | 122 N. Alfred St. |
| Reston, VA 20191 | Alexandria, VA 22314 |

                              __/s/ Thomas P. Gorman_____
                              Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 06/17/2019

CASE NO: 18-12009-KHK
STATUS: ACTIVE

DEBTOR: XXX-XX-3893
MCCANN, PATRICK E
AKA:
2226 GUNSMITH SQ
RESTON, VA 20191

DATE FILED: 06/07/2018
CONFIRMED:
LATEST 341: 07/10/2018
PERCENTAGE: 100.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 07/2018
ON SCHEDULE:     12,717.00
ACTUAL PAYMENTS:  9,072.00
AMOUNT BEHIND:    3,645.00

ATTORNEY: TOMMY ANDREWS, JR., ESQ.
122 N. ALFRED ST.
ALEXANDRIA, VA 22314
Phone:703 838-9004 Fax: 703 838-9550

SCHEDULE:     1,283.00 MONTHLY
TOTAL PAID:             9,072.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 03/18/19 | CC | 2,592.00 |
| 12/20/18 | PC | 1,296.00 |
| 11/13/18 | PC | 1,296.00 |
| 10/04/18 | PC | 1,296.00 |
| 08/21/18 | PC | 1,296.00 |
| 07/06/18 | PC | 1,296.00 |

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 348133 | FREEDOM MORTGAGE CORPORATION | FIX | SEC 100.00 | | 883.34 9,716.74 | 54,326.32 54,326.32 | 54,326.32 54,326.32 | 0.00 0.00 | 54,326.32 0.00 |
| 001A | 348133 | FREEDOM MORTGAGE CORPORATION ADDED PER CONSENT ORD 2/15/2019 | FIX-A | SEC 100.00 | | 126.95 507.80 | 6,728.17 0.00 | 6,728.17 6,728.17 | 0.00 0.00 | 6,728.17 0.00 |
| 002 | 259399 | RESTON ASSOCIATION Split Claim | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 0.00 | 2,039.17 2,039.17 | 0.00 0.00 | 2,039.17 0.00 |
| 002 | 259399 | RESTON ASSOCIATION LATE-ALLOWED PER ORD EOD 12/14/20 | FIX | SEC 100.00 | | 48.78 536.58 | 6,550.68 4,511.51 | 4,511.51 4,511.51 | 0.00 0.00 | 4,511.51 0.00 |
| 003 | 348573 | SADDLER OAKS CLUSTER ASSOCIATIOI | FIX | SEC 100.00 | | 37.29 410.19 | 2,237.39 2,237.39 | 2,237.39 2,237.39 | 0.00 0.00 | 2,237.39 0.00 |
| 003 | 348573 | SADDLER OAKS CLUSTER ASSOCIATIOI | PRO | UNS 100.00 | | 0.00 0.00 | 31.50 0.00 | 31.50 31.50 | 0.00 0.00 | 31.50 0.00 |
| 004 | 313486 | DISCOVER BANK | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 7,623.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 005 | 331343 | FIRST FEDERAL CREDIT CONTROL GIANGRECO MD | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 80.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 006 | 346350 | JENKINS RESTORATION | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 007 | 332103 | CAPITAL ONE, NA KOHLS | PRO | UNS 100.00 | | 0.00 0.00 | 638.20 638.00 | 638.20 638.20 | 0.00 0.00 | 638.20 0.00 |
| 008 | 316598 | ORANGE LAKE COUNTRY CLUB | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 009 | 349232 | US DEPARTMENT OF EDUCATION | PRO | UNS 100.00 | | 0.00 0.00 | 6,504.51 5,999.00 | 6,504.51 6,504.51 | 0.00 0.00 | 6,504.51 0.00 |
| 010 | IRS* | INTERNAL REVENUE SERVICE UNLISTED | PRO | PRI 100.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 |
| 010 | IRS* | INTERNAL REVENUE SERVICE | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 |
| 011 | 318622 | ASHLEY FUNDING SERVICES, LLC UNLISTED - LAB CORP | PRO-A | UNS 100.00 | | 0.00 0.00 | 74.29 0.00 | 74.29 74.29 | 0.00 0.00 | 74.29 0.00 |
| 012 | 346085 | VERIZON BY AMERICAN INFOSOURCE L UNLISTED | PRO-A | UNS 100.00 | | 0.00 0.00 | 330.74 0.00 | 330.74 330.74 | 0.00 0.00 | 330.74 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                          Case Maintenance 10.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 06/17/2019

CASE NO: 18-12009-KHK
STATUS: ACTIVE

DEBTOR: XXX-XX-3893
MCCANN, PATRICK E

SCHEDULE: 1,283.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | ANDREW | TOMMY ANDREWS, JR., ESQ. | PRO | ATY 100.00 | | 0.00 0.00 | 5,223.00 5,223.00 | 3,823.00 3,823.00 | 0.00 0.00 | 3,823.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 629.86 | 629.86 | |
| | | | | | TOTALS: | 1,096.36 11,171.31 | 82,644.80 80,638.22 | 81,874.66 81,874.66 | 629.86 0.00 | 81,244.80 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER |  |  |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 5,223.00 | 0.00 | 61,075.22 | 14,340.00 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 3,823.00 | 0.00 | 67,803.39 | 9,618.41 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 3,823.00 | 0.00 | 67,803.39 | 9,618.41 | 0.00 | DUE CREDITORS: | 81,244.80 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 3,033.44 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 8,442.14 |
| BALANCE DUE: | 0.00 | 3,823.00 | 0.00 | 67,803.39 | 9,618.41 | 0.00 | APPROX BALANCE: | 75,836.10 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                              Case Maintenance 10.5